Jeffrey K. Compton, Bar No. 142969
  jcompton@mzclaw.com
Amanda Millea, Bar No. 290769
  amillea@mzclaw.com
**MARKUN ZUSMAN & COMPTON LLP**
16255 Ventura Blvd., Suite 910
Encino, CA 91436
Telephone: (310) 454-5900
Facsimile: (310) 454-5970

Jeffrey A. Koncius, Bar No. 189803
  koncius@kiesel.law
Lena P. Andrews, Bar No. 342471
  andrews@kiesel.law
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

*Attorneys for Plaintiff*

Heather L. Rosing, Bar No. 183986
  hrosing@rosinglaw.com
Irean Z. Swan, Bar No. 313175
  iswan@rosinglaw.com
**ROSING POTT & STROHBEHN**
in partnership with Zelm Elrich & Lenkov
501 West Broadway, Suite A380
San Diego, CA 92101
Telephone: (619) 990-5566

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUBILANT DRAXIMAGE, INC., dba JUBILANT RADIOPHARMACIES,<br><br>Plaintiff,<br><br>v.<br><br>HINSHAW & CULBERTSON LLP,<br><br>Defendant. | Case No. 2:23-cv-03461-JAK-JPR<br><br>**JOINT REPORT RE. SETTLEMENT PROCESS**<br><br>District Judge: Hon. John A. Kronstadt<br>Courtroom: 10C<br><br>Action Filed:  May 5, 2023<br>Trial Date:  April 21, 2026 |

Pursuant to the Court's Order Setting Pretrial Deadlines (Dkt. 47), Defendant Hinshaw & Culbertson LLP ("Hinshaw") and Plaintiff Jubilant DraxImage Inc., dba Jubilant Radiopharmacies ("Jubilant") hereby jointly report that they participated in mediation on December 19, 2025. The parties did not reach a settlement to resolve this case.

|   |   |   |
|---|---|---|
|   |   | KIESEL LAW LLP |
| DATED: January 16, 2026 | By: | */s/ Lena P. Andrews* |
|   |   | Jeffrey A. Koncius |
|   |   | Lena P. Andrews |
|   |   | Attorneys for Plaintiff Jubilant DraxImage Inc., dba Jubilant Radiopharmacies |

MARKUN ZUSMAN & COMPTON LLP

DATED: January 16, 2026   By:   */s/ Amanda Millea*
Jeffrey K. Compton
Amanda Millea
Attorneys for Plaintiff Jubilant DraxImage Inc., dba Jubilant Radiopharmacies

ROSING POTT & STROHBEHN
in partnership with Zelms Erlich Lenkov

DATED: January 16, 2026   By:   */s/ Irean Z. Swan*
Heather L. Rosing
Irean Z. Swan
Attorneys for Defendant HINSHAW & CULBERTSON LLP

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF System.

DATED: January 16, 2026

           */s/ Irean Z. Swan*
           Irean Z. Swan