Jeffrey K. Compton, State Bar No. 142969
   *jcompton@mzclaw.com*
Steven M. Goldberg State Bar No. 82174
  *sgoldberg@mzclaw.com*
Amanda Millea, State Bar No. 290769
   *amillea@mzclaw.com*
Tad McMahon, State Bar No. 304699
   *tmcmahon@mzclaw.com*
**MARKUN ZUSMAN & COMPTON LLP**
16255 Ventura Blvd., Suite 910
Encino, CA 91436
Telephone:  (310) 454-5900
Facsimile:   (310) 454-5970

*Attorneys for Plaintiff*

Heather L. Rosing, Bar No. 183986
   *hrosing@rosinglaw.com*
Irean Z. Swan, Bar No. 313175
   *iswan@rosinglaw.com*
**ROSING POTT & STROHBEHN LLP**
770 1st Avenue, Suite 200
San Diego, CA 92101
Telephone:  (619) 990-5566

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUBILANT DRAXIMAGE INC., DBA JUBILANT RADIOPHARMACIES,<br><br>Plaintiff,<br><br>v.<br><br>HINSHAW & CULBERTSON LLP,<br><br>Defendant. | **Case No.: 2:23−cv−03461−JAK−JPR**<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE DATES AND APPEAR REMOTELY FOR FINAL PRETRIAL CONFERENCE**<br><br>**[L.R. 40-2]**<br><br>FPTC:    March 30, 2026, at 9:30 a.m.<br>Trial:     April 21, 2026, at 8:30 a.m.<br><br>Judge: Hon. John A. Kronstadt |

1

NOTICE OF SETTLEMENT AND STIPULATION TO VACATE DATES AND APPEAR
REMOTELY FOR FINAL PRETRIAL CONFERENCE

Plaintiff JUBILANT DRAXIMAGE INC., DBA JUBILANT RADIOPHARMACIES and Defendant HINSHAW & CULBERTSON LLP (collectively, the "Parties") hereby inform the Court of the settlement of the entire litigation pursuant to Local Rule 40-2. The Parties are in the process of documenting the settlement through a formal agreement and shall file a stipulation for the dismissal of the entire action with prejudice in due course.

With the signatures of their respective counsel below, the Parties stipulate that the pending dates in this matter, including the trial date of April 21, 2026 and the Final Pretrial Conference set for March 30, 2026 at 9:30 a.m., may, upon order of the Court, be vacated.

If the Court does not vacate the Final Pretrial Conference set for March 30, 2026 at 9:30 a.m., the Parties jointly request permission to appear remotely via ZoomGov or via telephone.

Respectfully submitted,

Dated:  March 27, 2026             **MARKUN ZUSMAN & COMPTON LLP**

By: */s/ Amanda Millea*
    Jeffrey K. Compton
    Steve M. Goldberg
    Amanda Millea
    Tad McMahon

*Attorneys for Plaintiff Jubilant DraxImage Inc., dba Jubilant Radiopharmacies*

2

NOTICE OF SETTLEMENT AND STIPULATION TO VACATE DATES AND APPEAR REMOTELY FOR FINAL PRETRIAL CONFERENCE

Dated:  March 27, 2026          **ROSING POTT & STROHBEHN LLP**


By: */s/ Irean Z. Swan*
        Heather L. Rosing
        Irean Z. Swan

*Attorneys for Defendant Hinshaw & Culbertson LLP*


### ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4

I, Amanda Millea, am the ECF User whose identification and password are being used to file this document. I hereby attest pursuant to Civil L.R. 5-4.3.4(a)(2)(i) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


DATED: March 27, 2026          By:  /s/ *Amanda Millea*
        Amanda Millea

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Amanda Millea*

NOTICE OF SETTLEMENT AND STIPULATION TO VACATE DATES AND APPEAR REMOTELY FOR FINAL PRETRIAL CONFERENCE